**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:13CR00067-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

DARCI WISNER,

        Defendant.

---

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO ORIGINAL EXPIRATION DATE**

---

        On February 18, 2016, the defendant submitted a motion for early termination of supervised release in this case.  On February 19, 2016, the Court ordered that the Probation Office and the United States respond in writing on or before March 11, 2016. The Probation Office filed a response to the defendant's motion on March 8, 2016, and the United States filed their response on March 11, 2016.  Accordingly, it is

        ORDERED that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

    DATED at Denver, Colorado, this __30th__ day of March, 2016

                      BY THE COURT:

                      *Marcia S. Krieger*
                      _____
                      MARCIA S. KRIEGER
                      Chief United States District Judge